Joseph J. Haspel, PLLC.
40 Matthews Street, Suite 301
Goshen, New York
(845) 294 8950
Joseph J. Haspel

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

In re:

   FKF 3, LLC.,

Case No. 10-37170(CGM)
Chapter 11

------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               )ss.:
COUNTY OF ORANGE   )

     Leslie K. Schofield, being duly sworn, deposes and says: I am not a party to this action, am over the age of 18 years and reside in Middletown, New York.

     On December 7, 2010 I served a true copy of the Objections to John Magee's Application for an Order Authorizing Production of Books, etc., in the followign manned: via regular mail, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) listed below:

Fred Stevens, Esq.
Klestadt & Winters, LLP
570 Seventh Avenue 17th Floor
New York, New York 10018

Jeffrey A. Reich, Esq.
Reich Reich & Reich PC
235 Main Street, Suite 450
White Plains, New York 10601

Marc S. Goldberg, Esq.
81 Main Street Suite 205
White Plains, New York 10601

Continued on next page

Eric Small, Esq.
Office of US Trustee
74 Chapel Street Suite 200
Albany, New York 12207

_____
Leslie K. Schofield

Sworn to before me this
7th day of December, 2010

_____
NOTARY PUBLIC
Joseph J. Haspel
02HA6056394
Qualified in Orange County
Commission Expires 3/19/2011